Cite as 2024 Ark. App. 557

# ARKANSAS COURT OF APPEALS
## DIVISION II
### No. CV-23-398

| | |
|---|---|
| WELLS FARGO, N.A.<br>APPELLANT | Opinion Delivered November 6, 2024 |
| | APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. 04PR-21-870] |
| V. | |
| CALI CRAVENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROGER L. CRAVENS, DECEASED<br>APPELLEE | HONORABLE CHRISTINE HORWART, JUDGE |
| | REMANDED TO SETTLE AND SUPPLEMENT THE RECORD |

**WAYMOND M. BROWN, Judge**

Appellant Wells Fargo appeals the March 20, 2023 order of the Benton County Circuit Court denying its claims against the estate of Roger L. Cravens, deceased, in the amount of $281,947.51. The circuit court denied the claim based on the provisions of Arkansas Code Annotated section 28-50-109;[1] however, appellant contends that its claim against the estate was not based on a secured claim but was premised on Roger's personal guarantee. We remand to settle and supplement the record.

The record shall be compiled in accordance with the rules of the Arkansas Supreme Court and Court of Appeals.[2] The record in civil cases consists of the pleadings, judgment,

---

[1](Repl. 2012).

[2]Ark. R. App. P.–Civ. 6(a).

decree, order appealed, transcript, exhibits, and certificates.[3]  If anything material to either party is omitted from the record, either by error or by accident, we may direct that the omission or misstatement be corrected and, if necessary, that a supplemental record be certified and transmitted.[4]

Here, neither the security agreement nor the personal guarantee is included in the record submitted to us.  There is no doubt that both documents are material to our decision.  Therefore, we remand to the circuit court to settle and supplement the record within thirty days from the date of this opinion.

Remanded to settle and supplement the record.

HARRISON, C.J., and GLADWIN, J., agree.

*Conner & Winters, LLP*, by: *Todd P. Lewis*, for appellant.

*Robert S. Tschiemer*, for appellee.

---

[3]Ark. Sup. Ct. R. 3-1(n).

[4]*See Marziale v. Brown*, 2024 Ark. App. 282.